# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sierra Drywall Sys. Inc., Janicki Drywall, Inc., New Deal Lumber & Millwork Co., Inc., Grubb Lumber Co., Inc., Ivyland Builders, LLC, Oregon State Drywall, LLC, Utica Drywall Prods., Inc., Pat Trainor Drywall, Inc., Berger Bros., Inc., and Contractors Insulation and Drywall Supply, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CertainTeed Corp., USG Corp., United States Gypsum Co., New NGC, Inc., LaFarge North America Inc., Georgia-Pacific LLC, American Gypsum Co. LLC, TIN Inc. d/b/a Temple-Inland Inc., PABCO Building Prods., LLC,<br><br>Defendants. | Case No. 12-07106-MMB |
| Robert Pitter and Nicholas L. DeMarco, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CertainTeed Corp., USG Corporation, United States Gypsum Company, New NGC, Inc., LaFarge North America Inc., Georgia-Pacific LLC, American Gypsum Company LLC, TIN Inc. d/b/a Temple-Inland Inc., PABCO Building Products, LLC,<br><br>Defendants. | Case No. 13-00384-MMB |

**STIPULATION REGARDING SUSPENSION OF LOCAL RULE 23.1(c) IN THE CONSOLIDATED DIRECT PURCHASER ACTION AND THE <u>CONSOLIDATED INDIRECT PURCHASER ACTION</u>**

Sierra Drywall Systems Inc., Janicki Drywall, Inc., New Deal Lumber & Millwork Co., Inc., Grubb Lumber Co., Inc., Ivyland Builders, LLC, Oregon State Drywall, LLC, Utica Drywall Products, Inc., Pat Trainor Drywall, Inc., Berger Bros., Inc., and Contractors Insulation and Drywall Supply (collectively, "Direct Purchaser Plaintiffs"), and Robert Pitter, Nicholas L. DeMarco, Howard Glaser, Afamefuna Agbodike and Kurt Jones (collectively, "Indirect Purchaser Plaintiffs") after consultation with and consent from Defendants CertainTeed Corporation, USG Corporation and United States Gypsum Company, New NGC, Inc., Lafarge North America Inc., Georgia-Pacific LLC, American Gypsum Company LLC, TIN Inc., and PABCO Building Products, LLC (collectively, "Defendants"), hereby state as follows:

WHEREAS Local Rule 23.1(c) provides, "Within ninety (90) days after the filing of a complaint in a class action, unless this period is extended on motion of good cause appearing, the plaintiff shall move for a determination under subdivision (c)(1) of Fed. R. Civ. P. 23, as to whether the case is to be maintained as a class action;"

WHEREAS the complaint in *Janicki Drywall, Inc. v. CertainTeed Corp. et al.*, No. 12-07106 (E.D. Pa.) was filed on December 20, 2012;

WHEREAS the complaint in *Pitter, et al. v. Certainteed Corp. et al* (E.D. Pa. 13-cv-00384) was filed on January 23, 2013;

WHEREAS the Court's Pretrial Order No. 1, dated February 7, 2013, consolidated the related direct purchaser actions with the *Janicki Drywall* action and related indirect purchaser actions with the *Pitter* action;

WHEREAS, under Local Rule 23.1(c), Direct Purchaser Plaintiffs in the consolidated action would be required to file a motion for class certification on March 20, 2013 based on the date of the filing of the *Janicki Drywall* complaint;

2

WHEREAS, under Local Rule 23.1(c), Indirect Purchaser Plaintiffs in the consolidated action would be required to file a motion for class certification on April 23, 2013 based on the date of the filing of the *Pitter* complaint;

WHEREAS a motion before the Judicial Panel on Multidistrict Litigation regarding the transferee forum for related actions filed in the Eastern District of Pennsylvania, the Western District of North Carolina and Northern District of Illinois will be heard on March 21, 2013 and a transferee forum will likely be selected in early April 2013;

WHEREAS Defendants are scheduled to answer, plead or otherwise move in response to Direct and Indirect Purchaser Plaintiffs' consolidated complaints within 30 days of the Judicial Panel on Multidistrict Litigation's transfer order; and

WHEREAS Defendants' response to discovery served by the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs is not yet due under the Court's scheduling order;

NOW, THEREFORE, Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs and Defendants have agreed that the deadlines in Local Rule 23.1(c) for the filing of motions for class certification by the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs should be suspended until they can be discussed with the Court at the April 16, 2013 conference.

The parties respectfully request that the Court enter this stipulation.

*s/ Kit A. Pierson*  
Kit A. Pierson  
Richard A. Koffman  
Brent W. Johnson  
Daniel H. Silverman  
COHEN MILSTEIN SELLERS  
 & TOLL PLLC  
1100 New York Ave., N.W., Suite 500 West  
Washington, DC 20005  
Tel: (202) 408-4600  

*s/ H. Laddie Montague, Jr.*  
H. Laddie Montague, Jr.  
Eric L. Cramer  
Ruthanne Gordon  
Michael C. Dell'Angelo  
Candice J. Enders  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
Tel: (215) 875-3000

s/ *Eugene A. Spector*
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
SPECTOR ROSEMAN KODROFF &
 WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

s/ *Whitney Street*
Whitney E. Street
Jeffrey C. Block
Mark A. Delaney
**BLOCK & LEVITON, LLP**
155 Federal Street, Suite 1303
Boston, MA 02110
Tel: (617) 398-5600

s/ *Robert S. Green*
Robert S. Green
James Robert Noblin
Lesley E. Weaver
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Tel: (415) 477-6700

s/ *Michael G. McLellan*
Michael G. McLellan
Douglas G. Thompson, Jr.
L. Kendall Satterfield
Eugene J. Benick
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, D.C. 20007
Tel: (202) 337-8000

*Interim Co-Lead Counsel and Additional Counsel for Indirect Purchaser Plaintiffs*

s/ *Philip S. Beck*
Philip S. Beck
Adam L. Hoeflich
Rebecca Weinstein Bacon
James B. Heaton, III
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Tel: (312) 494-4458

s/ *Steven Bizar*
Steven Bizar
H. Marc Tepper
Landon Y. Jones
BUCHANAN INGERSOLL &
 ROONEY, P.C.
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel: (215) 665-8700

4

Karma M. Giulianelli
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Tel: (303) 592-3100

*Counsel for USG Corporation and United States Gypsum Company*

s/ *George A. Nicoud, III*
George A. Nicoud, III
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Tel: (415) 393-8308

David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500

*Counsel for Georgia-Pacific LLC*

s/ *Mark W. Nelson*
Mark W. Nelson
Steven J. Kaiser
Kathleen W. Bradish
Nazneen Mehta
CLEARY GOTTLIEB STEEN &
 HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel: (202) 974-1500

Leslie E. John
BALLARD SPAHR LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
Tel: (215) 864-8212

*Counsel for Lafarge North America, Inc.*

Everett J. Bowman
Mark W. Merritt
Lawrence C. Moore, III
Nathan C. Chase
ROBINSON BRADSHAW
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: (704) 377-8329

*Counsel for New NGC, Inc.*

s/ *David Marx, Jr.*
David Marx, Jr.
David L. Hanselman, Jr.
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
Tel: (312) 372-2000

Megan V. Morley
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
Tel: (202) 756-8000

Thomas S. Brown
Michael J. McLaughlin
BUTLER PAPPAS WEIHMULLER
KATZ CRAIG LLP
1818 Market Street, Suite 2740
Philadelphia, PA 19103
Tel: (215) 405-9191

*Counsel for American Gypsum Company LLC*

5

s/ J. Mark Gidley
J. Mark Gidley
Peter J. Carney
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
Tel: (202) 626-3609

Robert A. Milne
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8924

*Counsel for CertainTeed Corporation*

s/ James T. McKeown
James T. McKeown
Elizabeth A. N. Haas
FOLEY & LARDNER LLP
777 E. Wisconsin Ave., Suite 3800
Milwaukee, WI 53202
Tel: (414) 271-2400

*Counsel for TIN Inc.*

s/ Bradley C. Weber
Bradley C. Weber
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Tel: (214) 740-8497

Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, NY 10281
Tel: (212) 812-8325

*Counsel for PABCO Building Products, LLC*

IT IS SO ORDERED.

Dated: 3/18, 2013

MICHAEL M. BAYLSON
Senior United States District Judge

6