# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PITTER, et al.**<br><br>         **v.**<br><br>**CERTAINTEED CORP, et al.** | **CIVIL ACTION**<br><br>**NO. 13-384** |

## O R D ER

**AND NOW**, this 17th day of September, 2013, it is hereby **ORDERED** that Motion to Consolidate Cases (ECF 15) is **DENIED** as moot.

 

                                                **BY THE COURT:**

                                                /s/ Michael M. Baylson

                                                **MICHAEL M. BAYLSON, U.S.D.J.**

O:\FORMS\ORDER - .docx